247 So.2d 394

**Mrs. Betty Z. DAUZAT et al.**

**v.**

**ALLSTATE INSURANCE COMPANY, Inc., et al.**

**No. 51346.**

May 13, 1971.

In re: Allstate Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 245 So.2d 451.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

247 So.2d 394

**Mrs. Gail GUILLOT, widow of Curtis J. PLAISANCE, now wife of Ernest ARABIE**

**v.**

**ATLAS LIFE INSURANCE COMPANY, Inc.**

**No. 51354.**

May 13, 1971.

In re: Atlas Life Insurance Company, Inc. applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 245 So.2d 788.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.